1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America ex rel Choo H. Jung,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Trendtec, Inc., et al.,<br><br>　　　　　Defendants. | CV 05-00081 RSWL (MCx)<br><br>ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

　　The Government having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2)(A), and the case having been inactive since this Court's last order dated March 27, 2008, Plaintiff Choo H. Jung is ordered to show cause

///
///
///
///

1

within 30 days why this matter should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

*Ronald S.W. Lew*

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge

DATED:    January 8, 2009

2