JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America ex rel Choo H. Jung, <br><br> Plaintiffs, <br><br> vs. <br><br> Trendtec, Inc., et al., <br><br> Defendants. | CV 05-81 RSWL (MCx) <br><br> **ORDER DISMISSING CASE** |

On January 8, 2009, this Court ordered Plaintiff to show cause why this matter should not be dismissed for lack of prosecution. In a declaration dated February 9, 2009, counsel for Plaintiff noted that he would no longer be representing Plaintiff, and requested time for Plaintiff to retain alternative counsel. In an Order dated March 17, 2009, this Court discharged its Order to Show Cause and granted Plaintiff 90 days to secure counsel and to proceed with service of the

1

1  Complaint on all pending Defendants.  To date,
2  Plaintiff has yet to submit a notice of appearance of
3  new counsel, and has yet to submit a proof of service
4  on the pending Defendants.  Accordingly, this Action is
5  **DISMISSED** for lack of prosecution and failure to comply
6  with this Court's Order.

**IT IS SO ORDERED.**

/s/
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED:  July 10, 2009